IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS (Wichita)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Andrew Heath Alexander ) | Case No. 22-10612 |
| Jennifer Lynn Alexander ) | Chapter 7 |
| Debtors, ) | |
| ) | |
| Santander Consumer USA Inc. ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| Andrew Heath Alexander ) | |
| Respondent, ) | |
| and ) | |
| ) | |
| Patricia E. Hamilton ) | |
| Trustee. ) | |

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Santander Consumer USA Inc. "Movant", and alleges as follows:

I.

Movant is a secured creditor of Debtor in the above-captioned cause.

II.

On or about June 13, 2022, and prior to the filing of Debtors' petition in bankruptcy, Debtor, Andrew Heath Alexander, executed and delivered a Retail Installment Sale Contract payable to the order of Movant.

III.

As security for Debtors' obligation on the Agreement, Debtors granted to Movant a security interest in the following property of Debtors: a 2020 Mitsubishi Outlander: VIN JA4AP3AUXLU016927, said Agreement is attached hereto as Exhibit "A." A copy of the

Verification of Lien to said motor vehicle is attached hereto as Exhibit "B".

IV.

Debtors have defaulted on their obligation to Movant in that they have failed to make the payments required under the terms of the Agreement. The balance due and owing is in the approximate sum of $27,438.67. The Debtors have defaulted in making the payments due to Movant and the current delinquent amount due is $8,095.49, representing default for twelve (12) months.

V.

Movant will be inadequately protected in the event that the automatic stay is not lifted. Debtors are unable to make the payments called for in the Agreement during the pendency of this bankruptcy. The value of the collateral is declining during the pendency of this bankruptcy. The current amount owed to Movant is approximately $27,438.67. The fair market value of the collateral is declining during the pendency of this bankruptcy. Attached as Exhibit "C" and made a part hereof is a NADA Official Used Car Guide indicating that a likely valuation is $19,600.00. It appears that Debtor has no equity in the collateral.

VI.

The continuation of the automatic stay will work real and irreparable harm to Movant and will deprive Movant of adequate protection to which it is entitled under 11 U.S.C. §362 and §363 for the reasons mentioned above.

VII.

The continuation of the automatic stay could result in an unlawful taking of Movant's property.

WHEREFORE, Movant prays for a judgment immediately terminating the automatic stay not subject to the STAY OF ORDER of Rule 4001 of the Federal Rules of Bankruptcy Procedure to

permit Movant to exercise any of its rights on the following property: a 2020 Mitsubishi Outlander: VIN JA4AP3AUXLU016927.

                                          Respectfully submitted,

                                          LEWIS RICE LLC

                                          /s/Michael P. Gaughan
Michael P. Gaughan, 70120
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 / Fax: (913) 642-8742
mgaughan@lewisricekc.com
ATTORNEY FOR MOVANT